case and to discontinue the writ of error as to them" is granted upon the condition that the exercise of the permission to withdraw shall be a consent to a severance and without prejudice to the right of the City of Chicago to prosecute its writ of error to a final conclusion. *Mr. W. W. Gurley, Mr. Harry P. Weber* and *Mr. George W. Miller* for the Railway Companies. *Mr. Samuel A. Ettelson* and *Mr. Chester E. Cleveland* for City of Chicago.

No. 373. SUPREME CONCLAVE, IMPROVED ORDER OF HEPTASOPHS, *v.* WILLIAM MARSHALL WILSON. Error to and on petition for writ of certiorari to the Supreme Court of the State of North Carolina. Argued March 3, 1919. Decided March 17, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. Petition for writ of certiorari denied. *Mr. George R. Allen,* with whom *Mr. H. La Rue Brown* and *Mr. W. J. Hughes* were on the brief, for plaintiff in error. *Mr. Thaddeus A. Adams* for defendant in error.

No. 226. ANN ARBOR RAILROAD COMPANY *v.* STEPHEN MANOLOFF. Error to the Court of Appeals, Sixth Appellate District, of the State of Ohio. Argued March 13, 1919. Decided March 17, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Alexander L. Smith,* for plaintiff in error, submitted. *Mr. Albert H. Miller,* with whom *Mr. A. J. Miller* was on the brief, for defendant in error.